# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------x
In re:                                                        :   Chapter 11
                                                              :
ADVANTA CORP., *et al.*,                                      :   Case No. 09-13931 (KJC)
                                                              :
    Debtors.[1]                           :   (Jointly Administered)
--------------------------------------------------------------x
ADVANTA BANK CORP.                                            :
                                                              :
    Plaintiff,                            :
                                                              :
    - against -                           :   Adv. Proc. No. 10-50795 (KJC)
                                                              :
ADVANTA CORP.                                                 :
                                                              :
    Defendant.                            :
--------------------------------------------------------------x

## ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO INTERVENE IN ADVERSARY PROCEEDING

AND NOW, this 11th day of June, 2010, the Court having been informed that the Debtors and The Federal Deposit Insurance Corporation as Receiver ("FDIC-R") of Advanta Bank Corp. ("ABC") have consented to entry of the instant Order, it is hereby:

1. **ORDERED** that the Official Committee of Unsecured Creditors (the "Committee") is authorized to intervene in the above-captioned adversary proceeding, and any additional adversary proceeding related or connected thereto, pursuant to Section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Fed. R.

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Advanta Corp. (2070), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Advanta Ventures Inc. (5127), BizEquity Corp. (8960), Ideablob Corp. (0726), Advanta Credit Card Receivables Corp. (7955), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), and Great Expectations Management Corp. (3328).

Civ. P. 24(a)(1), made applicable by Rule 7024 of the Federal Rules of Bankruptcy Procedure; and it is further

2. **ORDERED** that the Committee is authorized to raise, appear and be heard and to directly litigate in all respects in the above-captioned adversary proceeding; and it is further

3. **ORDERED** that the Committee is authorized to and shall receive service by and from all parties to the above-captioned adversary proceeding in accordance with the rules of this Court; and it is further

4. **ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

5. **ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: June ___, 2010

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE