# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------------x

In re:

ADVANTA CORP., *et al.*

                       Debtors.[1]

-----------------------------------------------------------------------x

ADVANTA BANK CORP.

                       Plaintiff,

-against-

ADVANTA CORP.

                       Defendant.

-----------------------------------------------------------------------x

: Chapter 11
:
: Case No. 09-13931 (KJC)
:
: (Jointly Administered)
:
:
:
: Adversary Proceeding
: No.: 10-50795 (KJC)
:
:
:
:
:
:
:
:
:

## NOTICE OF *TELEPHONIC ONLY* STATUS CONFERENCE

PLEASE TAKE NOTICE that a telephonic status conference in the above-captioned chapter 11 cases and adversary proceeding regarding (i) the *Motion for Authority to Implement Postpetition Severance Plan and Other Related Relief* [Docket No. 346], (ii) the *Emergency Motion of Plaintiff Advanta Bank Corp. for Declaratory and Injunctive Relief in Connection with its Amended Complaint* [Adv. Docket No. 9], and (iii) the *Motion of the Federal Deposit Insurance Corporation, as Receiver of Advanta Bank Corp., Seeking a Declaration that the Automatic Stay Does Not Apply or, in the Alternative, an Order Granting Relief From the*

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are Advanta Corp. (2070), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), Great Expectations Management Corp. (3328), Advanta Ventures Inc. (5127), BizEquity Corp. (8960), Ideablob Corp. (0726), and Advanta Credit Card Receivables Corp. (7955).

*Automatic Stay* [Adv. Docket No. 25], will take place on **June 9, 2010 at 11:00 a.m. (Eastern Daylight Time)** (the "Telephonic Status Conference") before The Honorable Kevin J. Carey, Chief United States Bankruptcy Judge for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that all parties wishing to appear at the Telephonic Status Conference must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946) by no later than the start of the Telephonic Status Conference, **June 9, 2010 at 11:00 a.m. (Eastern Daylight Time)**.

Dated: June 8, 2010
      Wilmington, Delaware

                         */s/ Zachary I. Shapiro*
                         Mark D. Collins (No. 2981)
                         Paul N. Heath (No. 3704)
                         Chun I. Jang (No. 4790)
                         Zachary I. Shapiro (No. 5103)
                         RICHARDS, LAYTON & FINGER, P.A.
                         One Rodney Square
                         920 North King Street
                         Wilmington, Delaware 19801
                         Telephone:  (302) 651-7700
                         Facsimile:  (302) 651-7701

                         - and -

                         WEIL, GOTSHAL & MANGES LLP
                         Marcia L. Goldstein
                         Robert J. Lemons
                         767 Fifth Avenue
                         New York, NY 10153
                         Telephone: (212) 310-8000
                         Facsimile: (212) 310-8007

                         ATTORNEYS FOR
                         DEBTORS AND DEBTORS IN
                         POSSESSION