IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re **ADVANTA CORP.**, *et al.* Debtors. | CHAPTER 11 Case No. 09-13931 KJC |
| **ADVANTA BANK CORP.** Plaintiff, v. **ADVANTA CORP.**, Defendant. | Adversary Proceeding No. 10-50795 KJC |

## ORDER RESCHEDULING HEARING

**AND NOW,** this 25th day of June, 2010, the following two motions have been filed in this adversary proceeding:

(1) Emergency Motion of Plaintiff Advanta Bank Corp. For Declaratory and Injunctive Relief in Connection with its Amended Complaint (D.I. #9) (the "Emergency Motion"), and

(2) Motion of the Federal Deposit Insurance Corporation, as Receiver of Advanta Bank Corp., Seeking a Declaration that the Automatic Stay Does Not Apply or, in the Alternative, an Order Granting Relief from the Automatic Stay (D.I. #25) (the "Automatic Stay Motion"),

and an evidentiary hearing to consider the Emergency Motion and the Automatic Stay Motion having been scheduled for August 30 and 31, 2010;

it is hereby **ORDERED** that, after consultation with and upon consent of the parties, the evidentiary hearing to consider the Emergency Motion and the Automatic Stay Motion is hereby rescheduled to **Tuesday, August 17, 2010** and **Wednesday, August 18, 2010 at 10:00 AM** in Courtroom No. 5, 824 Market Street, Fifth Floor, Wilmington, Delaware.

BY THE COURT:

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Michael J. Custer, Esquire[1]

---

[1] Counsel shall serve a copy of this Order upon all interested parties and file a Certificate of Service with the Court.