IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :  Chapter 11
                                                              :
                                                              :  Case No. 09-13931 (KJC)
ADVANTA CORP., et al.                                         :
                                                              :  (Jointly Administered)
                         Debtors.[1]                          :
------------------------------------------------------------- x
                                                              :
ADVANTA BANK CORP.                                            :
                                                              :
                         Plaintiff,                           :
                                                              :
-against-                                                     :  Adv. Proc. No. 10-50795 (KJC)
                                                              :
ADVANTA CORP.                                                 :
                                                              :
                         Defendant.                           :
------------------------------------------------------------- x

## ADVANTA CORP.'S MOTION TO PRECLUDE, OR IN THE ALTERNATIVE, COMPEL DISCOVERY FROM THE FDIC

| | |
|---|---|
| Marcia L. Goldstein (*pro hac vice*) | Mark D. Collins (No. 2981) |
| Richard L. Levine (*pro hac vice*) | Paul N. Heath (No. 3704) |
| Robert J. Lemons (*pro hac vice*) | Marcos A. Ramos (No. 4450) |
| Christopher J. Cox (*pro hac vice*) | Chun I. Jang (No. 4790) |
| | Zachary Shapiro (No. 5103) |
| | |
| WEIL, GOTSHAL & MANGES LLP | RICHARDS, LAYTON & FINGER, P.A |
| 767 Fifth Avenue | One Rodney Square |
| New York, New York 10153 | 920 North King Street |
| | Wilmington, Delaware 19801 |

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are Advanta Corp. (2070), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), Great Expectations Management Corp. (3328), Advanta Ventures Inc. (5127), BE Corp. (8960), ideablob Corp. (0726), and Advanta Credit Card Receivables Corp. (7955).

Telephone: (212) 310-8000  Telephone: (302) 651-7700
Facsimile: (212) 310-8007  Facsimile: (302) 651-7701

ATTORNEYS FOR DEFENDANT

Dated: August 13, 2010
       Wilmington, Delaware

Advanta Corp. ("Advanta"), the defendant and debtor herein, hereby moves this Court for an order, pursuant to Federal Rule of Civil Procedure 37(a), as incorporated by Federal Rule of Bankruptcy Procedure 7037, seeking to preclude plaintiff Advanta Bank Corp. ("ABC" or the "Bank") and the Federal Deposit Insurance Corporation (the "FDIC") from introducing evidence on any subject matters (including whether Advanta's tax election complied with the GAAP and the TSA) on which the FDIC, the receiver of ABC, withheld documents or deposition testimony under the bank examination or deliberative process privileges, or in the alternative, compel the FDIC to produce all documents from December 15, 2009 forward relating to the TSA and the TSA Claim which were withheld on a claim of bank examination or deliberative process privileges and make a representative available before the evidentiary hearing is concluded for a deposition who is knowledgeable about the withheld documents. The grounds for this Motion are set forth in *Advanta Corp.'s Memorandum of Law in Support of Motion to Preclude, Or in the Alternative, Compel Discovery from the FDIC* filed under seal contemporaneously herewith.

WHEREFORE Advanta respectfully requests that the Court (i) grant this Motion, (ii) enter an order, substantially in the form of the proposed order attached hereto as Exhibit A, precluding FDIC/ABC from introducing evidence on any subject matters (including whether Advanta's tax election complied with the GAAP and the TSA) on which the FDIC, the receiver of plaintiff ABC, withheld documents or deposition testimony under the bank examination or deliberative process privileges, or in the alternative, compel the FDIC to produce all documents from December 15, 2009 forward relating to the TSA and the TSA Claim which were withheld on a claim of bank

examination or deliberative process privileges and make a representative available before the evidentiary hearing is concluded for a deposition who is knowledgeable about the withheld documents.

Dated: August 13, 2010
Wilmington, Delaware

*/s/ Marcos A. Ramos*
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Marcos A. Ramos (No. 4450)
Chun I. Jang (No. 4790)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and –

Marcia L. Goldstein (*pro hac vice*)
Richard L. Levine (*pro hac vice*)
Robert J. Lemons (*pro hac vice*)
Christopher J. Cox (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEFENDANT