IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :   Chapter 11
In re:                                                  :
                                                        :   Case No. 09-13931 (KJC)
ADVANTA CORP., et al.                                   :
                                                        :   (Jointly Administered)
                              Debtors.¹                 :
------------------------------------------------------- x
                                                        :
ADVANTA BANK CORP.                                      :
                                                        :
                              Plaintiff,                :
                                                        :
-against-                                               :   Adv. Proc. No. 10-50795 (KJC)
                                                        :
ADVANTA CORP.                                           :
                                                        :
                              Defendant.                :
------------------------------------------------------- x
```

## ADVANTA CORP.'S MOTION *IN LIMINE* TO PRECLUDE CERTAIN TESTIMONY OF MICHAEL I. BRAVERMAN

Pursuant to this Court's *Protective Order Governing the Production of Confidential Materials* [D.I. No. 61], this document, including any exhibits, have been filed under seal.

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are Advanta Corp. (2070), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), Great Expectations Management Corp. (3328), Advanta Ventures Inc. (5127), BE Corp. (8960), ideablob Corp. (0726), and Advanta Credit Card Receivables Corp. (7955).