# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------- x
                                                  :    Chapter 11
In re:                                            :
                                                  :    Case No. 09-13931 (KJC)
ADVANTA CORP., et al.                             :
                                                  :    (Jointly Administered)
                          Debtors.¹               :
------------------------------------------------- x
                                                  :
ADVANTA BANK CORP.                                :
                                                  :
                          Plaintiff,              :
                                                  :
-against-                                         :    Adv. Proc. No. 10-50795 (KJC)
                                                  :
ADVANTA CORP.                                     :
                                                  :    Re: Docket No. 86
                          Defendant.              :
------------------------------------------------- x
```

## NOTICE OF FILING OF PROPOSED ORDER

PLEASE TAKE NOTICE that, on August 13, 2010, Advanta Corp. filed its **Advanta Corp.'s Emergency Motion for Expedited Hearing on *Motion in Limine* to Preclude Certain Testimony of Michael I. Braverman** [D.I No. 86] (the "Motion").

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit A is the proposed form of order approving the Motion that was inadvertently not filed with the Motion.

---

¹ The Debtors, along with the last four digits of each Debtor's federal tax identification number, are Advanta Corp. (2070), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), Great Expectations Management Corp. (3328), Advanta Ventures Inc. (5127), BE Corp. (8960), ideablob Corp. (0726), and Advanta Credit Card Receivables Corp. (7955).

Dated: August 13, 2010
     Wilmington, Delaware

*/s/ Marcos A. Ramos*
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Marcos A. Ramos (No. 4450)
Chun I. Jang (No. 4790)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

WEIL, GOTSHAL & MANGES LLP
Marcia L. Goldstein
Richard L. Levine
Robert J. Lemons
Christopher J. Cox
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR ADVANTA CORP.

2

RLF1 3599474v. 1