# **EXHIBIT A**

# ADVANTA BANK CORP. v. ADVANTA CORP.
## Adv. Proc. No. 10-50795 (KJC)

## STIPULATED TRIAL EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE | BATES NUMBER(S) | DEPO EXH | ADMITTED EXH # |
|---|---|---|---|---|---|
| JX 1 | 5/1/95 Tax Sharing Agreement | 5/1/1995 | Advanta 5895-908 | Albert 2; Rosoff 3 | |
| JX 2 | Memorandum from Ken Goldman re Ideablob tax provisions | 9/17/2009 | FDIC0047678 - FDIC0047680 | | |
| JX 3 | Memorandum from Ken Goldman re Ideablob tax provisions | 9/17/2009 | FDIC0048000 - FDIC0048002 | | |
| JX 4 | BOD Meeting Talking Points | 11/16/2009 | FDIC0053440 - FDIC0053441 | | |
| JX 5 | Board of Directors Meeting | 11/18/2009 | FDIC0054846 - FDIC0054854 | | |
| JX 6 | Summary of NOL carryback | 11/25/2009 | FDIC0058427 | | |
| JX 7 | Email from Fred Fairclough to John Moore re | 12/15/2009 | FDIC0058428 - FDIC0058429 | | |
| JX 8 | Advanta Bank Corp. - Evaluation of Year End 2009 Tax Receivable Position | 12/31/2009 | FDIC0047673 - FDIC0047677 | | |
| JX 9 | Board of Directors Meeting | 2/10/2010 | FDIC0002373 - FDIC0002375 | | |
| JX 10 | Letter from Kenneth M. Goldman to FDIC re disclosure of Tier 1 Leverage Capital and Total Risk-Bases Capital ratios | 1/15/2010 | FDIC0033732 | | |
| JX 11 | Memo summarizing Board of Ditrectors Meeting and attaching draft minutes | 1/29/2010 | FDIC00043395-43398 | | |
| JX 12 | Letter from John F. Moore of Advanta to Julie Howland of the FDIC re changes to the Bank's Report of Condition ("Call Report") | 1/28/2010 | FDIC00001972 - FDIC0001974 | | |
| JX 13 | Board of Directors Meeting | 1/28/2010 | FDIC0002501 - FDIC0002502 | | |
| JX 14 | Board of Directors Meeting | 1/29/2010 | FDIC0002331 - FDIC0002333 | | |
| JX 15 | Board of Directors Meeting | 1/29/2010 | FDIC0002503 - FDIC0002505 | | |
| JX 16 | Consolidated Reports of Condition and Income for a Bank With Domestic Offices Only - FFIEC 041 | 1/29/2010 | FDIC0034180 - FDIC0034246 | | |
| JX 17 | Memo re: ABC call report discussions | 1/29/2010 | FDIC0034682 - FDIC0034686 | | |
| JX 18 | Board of Directors Meeting | 1/29/2010 | FDIC0043395 - FDIC0043398 | | |
| JX 19 | Memorandum from Ken Goldman re Evaluationof Year End 2009 Tax Receivable Position | 1/29/2010 | FDIC0046025 - FDIC0046031 | | |
| JX 20 | Draft Letter from Calvin Boardman to Utah's Department of Financial Institutions re exit meeting discussions | 2/1/2010 | FDIC0034488 - FDIC0034492 | | |

| EXHIBIT | DESCRIPTION | DATE | BATES NUMBER(S) | DEPO EXH | ADMITTED EXH # |
|---|---|---|---|---|---|
| JX 21 | Board of Directors Meeting | 2/3/2010 | FDIC0002360 - FDIC0002363 | | |
| JX 22 | Board of Directors Meeting | 2/10/2010 | FDIC0034480 - FDIC0034483 | | |
| JX 23 | Capital Restoration Plan | 2/11/2010 | FDIC0034250 - FDIC0034273 | | |
| JX 24 | Board of Directors Meeting | 2/25/2010 | FDIC0002389 - FDIC0002392 | | |
| JX 25 | Board of Directors Meeting | 2/25/2010 | FDIC0002403 - FDIC0002407 | | |
| JX 26 | Board of Directors Meeting | 3/4/2010 | FDIC0002430 - FDIC0002433 | | |
| JX 27 | Board of Directors Meeting | 3/4/2010 | FDIC0002465 - FDIC0002470 | | |
| JX 28 | Board of Directors Meeting | 3/10/2010 | FDIC0002427 - FDIC0002429 | | |
| JX 29 | Consolidated Reports of Condition and Income for a Bank With Domestic Offices Only - FFIEC 041 | 3/10/2010 | FDIC0046192 - FDIC0046252 | | |
| JX 30 | Letter from to FDIC re Amendment of Advanta Bank Corp. December 31, 2009 Call Report | 3/10/2010 | FDIC0047703 - FDIC0047711 | | |
| JX 31 | Advanta Corp. 10-K for the Year Ended Dec. 31, 2008 | 3/9/2009 | | | |
| JX 32 | Advanta Corp. 10-Q for the Year Ended Sept. 30, 2009 | 11/9/2009 | | | |