# EXHIBIT B

*Advanta Bank Corp. v. Advanta Corp.*

FDIC-R Trial Exhibits

| Ex. # | Date | Description | Bates No(s). | Albert | Browne | Rosoff | Admitted |
|---|---|---|---|---|---|---|---|
| 1 | 11/26/08 | Email from Albert to Price re: Tax sharing payments | FDIC0049205 | Ex. 06 | | | |
| 2 | 01/29/09 | Email from Joyce to Goldman re: Tax Sharing Agreement | FDIC0049346 | Ex. 08 | | | |
| 3 | 11/05/09 | Albert-Browne email exchange re: 5 year carryback | ADVANTA_0020860-61 | Ex. 14 | Ex. 09 | | |
| 4 | 11/05/09 | Email from Albert to Browne re: 5 year NOL carryback | FDIC0053445-46 | Ex. 15 | | | |
| 5 | 08/14/08 | Dual Officer Statement of Responsibility | FDIC0062576-83 | | | Ex. 01 | |
| 6 | 08/24/09 | Letter from Rosoff to John Lane re: ABC's Net Lease Loans | FDIC0002030-38 | | Ex. 06 | Ex. 06 | |
| 7 | 11/05/09 | Browne-Rosoff email chain | ADVANTA_0014757-58 | | | Ex. 09 | |
| 8 | 12/31/06 | ABC Consolidated Financial Statements (December 31, 2006 and 2005) | FDIC0062143-72 | | Ex. 02 | | |
| 9 | 08/20/09 | Email from Kinkade to Browne re: Tax Sharing Agreement | FDIC0052287-88 | | Ex. 04 | | |
| 10 | 11/23/98 | Interagency Policy Statement on Income Tax Allocations | None | | Ex. 05 | | |
| 11 | 10/09/09 | Email from Holderer to Browne re: AC Board of Directors presentation | ADVANTA_0029678-84 | | Ex. 08 | | |
| 12 | 12/15/09 | Email from Browne to Goldman re: Accounting Items | FDIC0053492 | | Ex. 13 | | |
| 13 | 05/04/10 | Browne Declaration | None | | Ex. 16 | | |
| 14 | 03/11/10 | Draft AC Board of Directors Meeting Minutes | ADVANTA_0044880-82 | | Ex. 19 | | |
| 15 | 03/11/10 | Rosoff-Browne email chain re: Tax return extension | ADVANTA_0043185-86 | | Ex. 20 | Ex. 19 | |

| Ex. # | Date | Description | Bates No(s). | Albert | Browne | Rosoff | Admitted |
|---|---|---|---|---|---|---|---|
| 16 | 03/11/10 | Rosoff-Browne email chain re: NOL tax election | ADVANTA_0043181-84 | | Ex. 21 | Ex. 20 | |
| 17 | 03/12/10 | Rosoff-Wirthlin email chain re: Federal return extension | ADVANTA_0043127-28 | | Ex. 22 | Ex. 21 | |
| 18 | 03/10/10 | Letter from Boardman to Alter and Rosoff re: 5 year NOL carryback | FDIC0058216-17 | | | Ex. 18 | |
| 19 | 12/31/07 | ABC Consolidated Financial Statements (December 31, 2007 and 2006) | FDIC0062287-318 | | | Ex. 04 | |

NYK 1334278-3.084080.0019