# EXHIBIT C

ADVANTA BANK CORP. v. ADVANTA CORP.
Adv. Proc. No. 10-50795 (KJC)

## ADVANTA - TRIAL EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE | BATES NUMBER(S) | DEPO EXH | OBJECTION | ADMITTED EXH # |
|---|---|---|---|---|---|---|
| 1 | E-mail chain re: legislation dealing with five-year carrybacks | 11/5/2009 | ADVANTA 20860-861 | Albert 14 | | |
| 2 | E-mail from C. Wilson re: tax receivable entry- tax provisions for YE 12/31/09 | 1/12/2010 | ADVANTA 8761 | Albert 17 | | |
| 3 | Attaching three scenarios re: impact of Advanta's cash flows if ABC is deconsolidated on the federal return as of 1/1/2010 | 1/20/2010 | ADVANTA 22926-929 | Albert 18 | | |
| 4 | Dual Officer Statement Of Responsibility | 8/14/2008 | FDIC 62576-583 | Rosoff 1 | | |
| 5 | Letter to J. Lane (FDIC) re: 8/20 meeting; attaching document entitled "Advanta Bank Corp.- Follow-up Materials to Meeting on August 20, 2009", dated August 24, 2009 | 8/24/2009 | FDIC 2030-38 | Rosoff 6, Browne 6, Stern 13 | | |
| 6 | Letter o/b/o Advanta board- "We understand and appreciate the issues you are likely facing. There are important issues related to the Bank's capital that require immediate attention. We believe it is critical that Bill and Cal speak with the two of you this week as we have a meeting with the regulators next week." | 2/16/2010 | ADVANTA 18152 | Rosoff 17 | | |
| 7 | Mr. Rosoff's letter to Mr. Boardman, dated 2/17/10, responding to Mr. Boardman's 2/16/10 letter, was produced to you already. | 2/17/2010 | ADVANTA 0008097 | | | |
| 8 | Redacted e-mail chain re: filing of request for federal tax return extension | 3/11/2010 | ADVANTA 43185-186 | Rosoff 19 | | |
| 9 | Redacted e-mail chain re: whether Advanta Corp. may be making a certain NOL tax election in connection withits 2009 federal tax return | 3/11/2010 | ADVANTA 43181-184 | Rosoff 20 | | |
| 10 | E-mail chain re: filing of federal tax return or extension | 3/12/2010 | ADVANTA 43127-128 | Rosoff 21 | | |
| 11 | Discussion of several accounting items re: how to proceed | 12/15/2009 | FDIC 53492 | Browne 13 | | |
| 12 | Draft of March 11, 2010 Advanta Corp. Board Of Directors meeting | 3/11/2010 | ADVANTA 44880-882 | Browne 19 | | |
| 13 | FDIC Report of Examination- Advanta Bank Corp. | 1/11/2010 | FDIC 62828-898 | Sunderland 1 | | |
| 14 | E-mail re: Additional items the parent would like paid by the bank; incl. language under the C&D for payments to affiliates | 11/5/2009 | FDIC 62820-822 | Sunderland 2 | | |
| 15 | Memo re: Advanta Bank Corp. (Cert# 33535) Supervisory History | 1/15/2010 | FDIC 62810-819 | Sunderland 4 | | |
| 16 | Letter reporting Advanta Bank Corp.'s Tier 1 Leverage Capital and Total Risk-Based Capital ratios as of 12/31/09, per the Cease and Desist Order | 1/15/2010 | FDIC 1049-50 | Sunderland 7 | | |
| 17 | E-mail attaching letter (for L. preston's signature) re: Advanta Bank's Answer to Paragraph 4 of Temporary C & D | 1/7/2010 | ADVANTA 22561-565 | Sunderland 8 | | |
| 18 | letter attaching the January 11, 2010 Report of Examination of Advanta Bank Corp. (not attached); describes the bank as "critically undercapitalized"; draft FDIC Consent Order is attached | 3/1/2010 | ADVANTA 23817-24 | Sunderland 17 | | |
| 19 | Letter to FDIC responding to materials supervisory determinations and the 3/1/10 Report of Examination; also includes draft version of same letter | 3/10/2010 | FDIC 61748-56 | Sunderland 22 | | |
| 20 | E-mail chain re: Advanta Bank Corp. NOL opinion and tax filing issues | 3/11/2010 | FDIC 58192-94 | Sunderland 23 | | |
| 21 | 3/12/10 E-mail attaching 3/10/10 letter re: Election of 5-year carryback of Federal net operating loss | 3/10/2010 | FDIC 58218-20 | Sunderland 24 | | |

4336384BV2.54057.0008

| EXHIBIT | DESCRIPTION | DATE | BATES NUMBER(S) | DEPO EXH | OBJECTION | ADMITTED EXH # |
|---|---|---|---|---|---|---|
| 22 | Memo re: ABC Call Report Amendment Impact on Financial Statements | 3/15/2010 | FDIC 46366-68 | Sunderland 25 | | |
| 23 | letter enclosing Form 56-F re: FDIC's fiduciary role re: Advanta Bank Corp. | 3/22/2010 | FDIC 54910-16 | Sunderland 26 | | |
| 24 | Letter re: election of 5-year federal carryback for NOL | 3/10/2010 | ADVANTA 8095-96 | Sunderland 28 | | |
| 25 | E-mail chain re: objections "to un-named 'accounting entries', which presumably are the ALLL adjustment to account for 12 months' losses." | 1/28/2010 | FDIC 57938-939 | Sunderland 29 | | |
| 26 | Letter reporting Advanta Bank Corp.'s Tier 1 Leverage Capital and Total Risk-Based Capital ratios as of 11/30/09, per the Cease and Desist Order | 12/15/2009 | FDIC 0751 | Sunderland 30 | | |
| 27 | Letter re: Advanta Bank Corp.- Capital Restoration Plan | 12/23/2009 | FDIC 43326-328 | Sunderland 31 | | |
| 28 | Letter from W. Rosoff to FDIC re factual innacuracies | 3/5/2010 | ADVANTA 0022861-65 | | | |
| 29 | E-mail re: accounting items | 12/15/2009 | FDIC 53493 | | | |
| 30 | E-mail re: FTI responses | 2/10/2010 | ADVANTA00222635-640 | | | |
| 31 | Advanta Corp. Statement of Election for December 31, 2009 | 12/31/2009 | ADVANTA 5838 | | | |
| 32 | Advanta Corp. Amended Election for December 31, 2008 | 12/31/2008 | ADVANTA 6451 | | | |
| 33 | Memo to the files from K. Goldman re: Advanta Bank Corp. - Evaluation of Year End 2009 Tax Receivable Position | 1/29/2010 | FDIC 43384-90 | | | |
| 34 | Advanta Bank Corp.- Summary of tax position on NOL carryback | 11/24/2009 | FDIC 46017 | | | |
| 35 | Draft letter from J. Moore to S. Thompson re: Appeal of Material Supervisory Determination | 2/26/2010 | FDIC 46913-17 | | | |
| 36 | Letter from J. Watkins to Advanta Bank Corp. Board of Directors | 1/29/2010 | FDIC 46922 | | | |
| 37 | Memo to the files from K. Goldman re: Advanta Bank Corp. - Evaluation of Year End 2009 Tax Receivable Position | 1/29/2010 | FDIC 46025-31 | | | |
| 38 | E-mail from F. Fairclough to K. Goldman re: Summary of NOL carryback | 11/25/2009 | FDIC 58427 | | | |
| 39 | E-mail from F. Fairclough to J. Moore re: Accounting items | 12/15/2009 | FDIC 58428-29 | | | |
| 40 | Advanta Bank Corp.'s Sept. 30, 2009 Call Report | 9/30/2009 | FDIC 47122-81 | | | |
| 41 | Letter from J. Moore to J. Watkins re: Amendment of Advanta Bank Corp. December 31, 2009 Call Report | 3/10/2010 | FDIC 47703-711 | | | |
| 42 | Form 1120 for Advanta Corp. for tax year ended December 31, 2009 with election statement | 12/31/2009 | ADVANTA 6415-27 | | | |
| 43 | Form 8453-C for Advanta Corp. for 2009 | 3/12/2010 | ADVANTA 5484 | | | |
| 44 | Advanta Corp. Tax Return for 2009 | 3/12/2010 | ADVANTA 5485-524 | | | |
| 45 | Form 1120X for Advanta Corp. for tax year ended December 31, 2008 with election statement | undated | ADVANTA 6448-51 | | | |
| 46 | Form 1120 for Advanta Corp. for tax year ended December 31, 2008 | undated | ADVANTA 6438-46 | | | |
| 47 | March 15, 2010 Letter to the IRS transmitting Forms 1 120X for Advanta Corp. for 2003, 2004 and 2006 | 3/15/2010 | ADVANTA 6558-59 | | | |
| 48 | IRS Statement of Adjustment to Advanta Corp. for the December 31, 2006 tax period, attaching Advanta Corp. Form 1120X | 3/12/2010 | ADVANTA 1161-203 | | | |
| 49 | IRS Statement of Adjustment to Advanta Corp. for the December 31, 2004 tax period, attaching Advanta Corp. Form 1120X | 3/12/2010 | ADVANTA 1204-45 | | | |
| 50 | IRS Statement of Adjustment to Advanta Corp. for the December 31, 2003 tax period, attaching Advanta Corp. Form 1 120X | 3/12/2010 | ADVANTA 6536-56 | | | |
| 51 | Memo to the files from K. Goldman re: Advanta Bank Corp. - Evaluation of Year End 2009 Tax Receivable Position | 1/29/2010 | ADVANTA 31567-70 | | | |
| 52 | Advanta Bank Corp Call_Cert33535_123109[1].pdf | 3/18/2010 | | | | |
| 53 | Advanta Bank Corp. Financial Statements.pdf | 12/31/06, 12/31/07 | | | | |
| 54 | FDIC 30b6 Deposition Transcript (Sunderland) | 8/5/2010 | | | | |

433638484v2.54057.0008

| EXHIBIT | DESCRIPTION | DATE | BATES NUMBER(S) | DEPO EXH | OBJECTION | ADMITTED EXH # |
|---|---|---|---|---|---|---|
| 55 | Advanta Corp. Monthly Operating report | 12/31/2009 | | | | |
| 56 | Advanta Corp. Form 8-K | 2/1/2010 | | | | |
| 57 | | | | | | |
| 58 | | | | | | |
| 59 | | | | | | |
| 60 | | | | | | |
| 61 | | | | | | |
| 62 | | | | | | |
| 63 | | | | | | |
| 64 | | | | | | |
| 65 | | | | | | |
| 66 | | | | | | |
| 67 | | | | | | |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | | | | | | |
| 71 | | | | | | |
| 72 | | | | | | |
| 73 | | | | | | |
| 74 | | | | | | |
| 75 | | | | | | |
| 76 | | | | | | |
| 77 | | | | | | |
| 78 | | | | | | |
| 79 | | | | | | |
| 80 | | | | | | |
| 81 | | | | | | |
| 82 | | | | | | |
| 83 | | | | | | |
| 84 | | | | | | |
| 85 | | | | | | |