# **EXHIBIT D**

# ADVANTA BANK CORP. v. ADVANTA CORP.
Adv. Proc. No. 10-50795 (KJC)

# ADVANTA - JOINT ACCOUNTING DOCUMENTS

| AD | DESCRIPTION | DATE |
|---|---|---|
| 1 | Financial Accounting Standards Board- 323 Investments- Equity Method and Joint Ventures- 740 Income Taxes | 8/6/2010 |
| 2 | Financial Accounting Standards Board- 718 Compensation—Stock Compensation- 740 Income Taxes | 8/6/2010 |
| 3 | Financial Accounting Standards Board- 740 Income Taxes- 10 Overall | 8/6/2010 |
| 4 | Financial Accounting Standards Board- 740 Income Taxes- 20 Intraperiod Tax Allocation | 8/6/2010 |
| 5 | Financial Accounting Standards Board- 740 Income Taxes- 30 Other Considerations or Special Areas | 8/6/2010 |
| 6 | Financial Accounting Standards Board- 740 Income Taxes- 270 Interim Reporting | 8/6/2010 |
| 7 | Financial Accounting Standards Board- [740-10] Income Taxes- Overall- Table of Contents | 8/6/2010 |
| 8 | Financial Accounting Standards Board- 805 Business Combinations- 740 Income Taxes | 8/6/2010 |
| 9 | Financial Accounting Standards Board- 830 Foreign Currency Matters- 740 Income Taxes | 8/6/2010 |
| 10 | Financial Accounting Standards Board- 852 Reorganizations- 740 Income Taxes | 8/6/2010 |
| 11 | Financial Accounting Standards Board- 924 Entertainment- Casinos- 740 Income Taxes | 8/6/2010 |
| 12 | Financial Accounting Standards Board- 932 Extractive Activities- Oil and Gas- 740 Income Taxes | 8/6/2010 |
| 13 | Financial Accounting Standards Board- 942 Financial Services- Depository and Lending- 740 Income Taxes | 8/6/2010 |
| 14 | Financial Accounting Standards Board- 944 Financial Services—Insurance- 740 Income Taxes | 8/6/2010 |
| 15 | Financial Accounting Standards Board- 946 Financial Services- Investment Companies- 740 Income Taxes | 8/6/2010 |
| 16 | Financial Accounting Standards Board- 954 Health Care Entities- 740 Income Taxes | 8/6/2010 |
| 17 | Financial Accounting Standards Board- 972 Real Estate- Common Interest Realty Associations- 740 Income Taxes | 8/6/2010 |
| 18 | Financial Accounting Standards Board- 980 Regulated Operations- 740 Income Taxes | 8/6/2010 |
| 19 | Financial Accounting Standards Board- 995 U.S. Steamship Entities- 740 Income Taxes | 8/6/2010 |
| 20 | Instructions for Preparation of Bank Call Reports | 6/1/2009 |
| 21 | Accounting for Income Taxes — Interpretations of Topic 740, CCH, Accounting Research Manager, April 2010 **[359 pages]** | 4/1/2010 |
| 22 | Financial Reporting Developments, Accounting for Income Taxes, Ernst & Young, October 2004 **[300 pages]** | 10/1/2004 |

| AD | DESCRIPTION | DATE |
|---|---|---|
| 23 | FASB Intereptation ("FIN") No. 48 (As Amended): Accounting for Uncertainty in Income Taxes - An Interpretation of FASB Statement No. 109 | 6/1/2006 |
| 24 | Office of the Comptroller of the Currency, Department of the Treasury; Board of Governors of the Federal Reserve System; Federal Deposit Insurance Corporation; and Office of Thrift Supervision, Department of the Treasury: "Interagency Policy Statement on Income Tax Allocation in a Holding Company Structure", Federal Register /Vol. 63, No. 225 /Monday, November 23, 1998 | 11/23/1998 |
| 25 | Guide to Accounting for Income Taxes, Price WaterhouseCoopers, National Professional Services Group, 2007 **[620 pages]** | 11/15/2007 |
| 26 | 26 CFR 601.105, "Examination of returns and claims for refund, credit or abatement; determination of correct tax liability" (Rev. Proc. 2009-52) | 11/20/2009 |
| 27 | Seven principles to consider when preparing a tax provision for subsidiary or carve-out financial statements, PriceWaterhouseCoopers, Tax Accounting Services, 2009 | 2/1/2009 |
| 28 | Statement of Financial Accounting Concepts No.2 Qualitative Characteristics of Accounting Information | 5/1/1980 |
| 29 | Statement of Financial Accounting Concepts No.5 - Recognition and Measurement in Financial Statements of Business Enterprises | 12/1/1984 |
| 30 | Statement of Financial Accounting Concepts No.6 - Elements of Financial Statements | 12/1/1985 |
| 31 | Statement of Financial Accounting Standards ("SFAS") No. 109, Accounting for Income Taxes | 2/1/1992 |
| 32 | No. 55 ("SAB 55") — Allocation of Expenses and Related Disclosure in Financial Statements of Subsidiaries, Divisions or Lesser Business Components of Another Entity | 12/7/1983 |
| 33 | US Code, Title 26, Subtitle A, Chapter 1, Subchapter B, Part VI, §172, "Net Operating Loss Deduction" | 11/6/2009 |
| 34 | 26 C.F.R. §301.6402-7 "Claims for Refund and Applications for Tentative Carryback Adjustments Involving Consolidated Groups That Include Insolvent Financial Institutions" | 7/2/1999 |
| 35 | Financial Reporting Developments, Accounting for Income Taxes, Ernst & Young, 2009 **[444 pages]** | 6/1/2009 |
| 36 | Glossary to Instructions for Call reports | 3/1/2009 |