# **EXHIBIT E**

ADVANTA BANK CORP. v. ADVANTA CORP
Adv. Proc. No. 10-50795 (KJC)

*FDIC-R Deposition Designations*

I. **Deposition of Donald Albert, July 30, 2010**

6:4-7:24
15:13-17:2
52:11-57:5
62:19-66:11
98:12-23
99:22-103:9
108:8-111:14
157:16-158:9
160:7-164:15
167:6-174:14
174:25-176:19
188:23-194:25
199:21-201:3
210:22-211:21
229:22-230:3

II. **Deposition of William Rosoff, August 3, 2010**

8:25-9:6
30:18-32:5
32:25-33:20
39:7-40:22
50:19-54:23
56:17-60:6
79:21-80:10
81:19-82:16
83:24-91:8
107:5-108:8
117:23-125:14
131:25-133:3
135:14-141:25
154:4-161:21
190:7-195:18
197:10-199:17
303:17-305:21

### III. Deposition of Philip Browne, August 5, 2010

9:23-10:4
28:6-19
33:18-34:5
34:17-24
36:14-18
38:11-14
45:23-46:25
47:20-49:10
53:14-56:24
62:9-63:2
63:24-65:10
69:3-7
77:20-86:21
93:22-95:3
100:20-104:23
125:12-127:14
132:25-138:4
152:23-155:4
158:21-159:9
170:22-171:18
174:14-176:24
178:10-179:2
181:23-182:3
186:4-186:18
189:10-192:10
193:17-195:6
210:19-213:16
213:21-216:9
217:14-218:20
220:10-221:21
234:14-238:6
239:13-242:5
243:4-245:3
247:21-248:17
249:13-252:23
257:9-260:8
263:12-269:25
274:6-276:15

# ADVANTA BANK CORP. v. ADVANTA CORP
## Adv. Proc. No. 10-50795 (KJC)

### *Advanta Corp – Counter- Deposition Designations and Objections*

#### Deposition of William Rosoff, August 3, 2010

| Designation | Counter Designation | Objection |
|---|---|---|
| 8:25-9:6 | | |
| 30:18-32:5 | | |
| 32:35-33:20 | | |
| 39:7-40:22 | Omit 39:15-18? | |
| 50:19-54:23 | 54:24-56:16 | |
| 56:17-60:6 | 60:22-61:9. Omit 58:18-20? | |
| 79:21-80:10 | | |
| 81:19-82:16 | | |
| 83:24-91:8 | 83:13-83:23; 93:10-94:24; 95:7-95:18. Omit 89:2-9? | |
| 107:5-108:8 | Omit 108:9? | |
| 117:23-125:14 | | FRE 402, 602 (122:10-122:19) |
| 131:25-133:3 | | |
| 135:14-141:25 | | FRE 402, 403 (135:14-136:24; 137:23-25; 138:2-12; 140:4-15)<br><br>FRE 402, 403, Argumentative (141:13-25) |
| 154:4-161:21 | | |
| 190:7-195:18 | | FRE 402, 403 (193:8-15)<br><br>FRE 402 - Objection to statement "that's true." Lawyer was not testifying and this statement is not evidence (193:8) |
| 197:10-199:17 | 199:18-200:14 | |
| 303:17-305:21 | | FRE 402, 403 (305:2-6) |

#### Deposition of Donald Albert, July 30, 2010

| Designation | Counter Designation | Objection |
|---|---|---|
| 6:4-7:24 | | |
| 15:13-17:2 | | |
| 52:11-57:5 | 57:6-57:24; 58:5-58:17; | FRE 403 (52:18-54:3) |

|  | 62:11-62:18; 66:24-67:5; Omit 54:15-16? | FRE 402 (54:25-55:9; 55:17-21) |
|---|---|---|
|  |  | FRE 403; 611(a) - argumentative (56:21-57:5) |
| 62:19-66:11 | Omit 65:9-10? | FRE 403 (62:25-63:13; 64:15-23) |
|  |  | FRE 402, 403 (65:17-66:2) |
| 98:12-23 |  | FRE 403; 611(a) - vague and ambiguous |
| 99:22-103:9 |  | FRE 403 (101:22-103:2) |
| 108:8-111:14 | Omit 110:21-111:2? | FRE 403, 602, 802 (109:2-111:3) |
|  |  | FRE 403, 602 (111:4-14) |
| 157:16-158:9 |  |  |
| 160:7-164:15 |  | Form (163:13-22) |
| 167:6-174:14 |  |  |
| 174:25-176:19 |  |  |
| 188:23-194:25 | 195:4-196:4; 196:17-197:18 | FRE 402, 403, 602 (190:14-191:6; 191:11-14; 192:14-194:20) |
| 199:21-201:3 | 198:22-199:5 |  |
| 210:22-211:21 |  |  |
| 229:22-230:3 |  | FRE 402 |

### Deposition of Phil Browne, August 5, 2010

| Designation | Counter Designation | Objection |
|---|---|---|
| 9:23-10:4 |  |  |
| 28:6-19 | 27:24-28:5; Omit 28:12-15? |  |
| 33:18-34:5 | 33:18-20 |  |
| 34:17-24 |  |  |
| 36:14-18 | 36:25-37:6; 37:14-21 |  |
| 38:11-14 |  |  |
| 45:23-46:25 |  |  |
| 47:20-49:10 | Omit 48:2-4? | FRE 402 (48:2-49:10) |
| 53:14-56:24 | 30:5-21; 30:24-31:12; |  |
| 62:9-63:2 | 63:3-18 |  |
| 63:24-65:10 |  |  |
| 69:3-7 |  |  |
| 77:20-86:21 |  | FRE 402 |

| | | |
|---|---|---|
| 93:22-95:3 | | |
| 100:20-104:23 | | Lawyer was not testifying and this statement is not evidence (Lines 103:14-104:2) |
| 125:12-127:14 | | |
| 132:25-138:4 | Omit 133:9-11? | FRE 402 (133:22-134:10) Lawyer was not testifying and this statement is not evidence (134:11-23; 135:18-20) Argumentative (134:24-135:17) |
| 152:23-155:4 | | FRE 402 (153:22-154:3) |
| 158:21-159:9 | | |
| 170:22-171:18 | Omit 171:14-16? | |
| 174:14-176:24 | Omit 176:20-22? | FRE 403, 602, 611 (174:14-21) |
| 178:10-179:2 | 179:3-179:8 | |
| 181:23-182:3 | | |
| 186:4-18 | | |
| 189:10-192:10 | Omit 191:20-23? | |
| 193:17-195:6 | | |
| 210:19-213:16 | | Lawyer was not testifying and this statement is not evidence (211:11-22) |
| 213:21-216:9 | | FRE 402 (214:9-13; 215:6-10) |
| 217:14-218:20 | | |
| 220:10-221:21 | | |
| 234:14-238:6 | | |
| 239:13-242:5 | Omit 240:15-16? | |
| 243:4-245:3 | Omit 243:25-244:8? | Lawyer was not testifying and this statement is not evidence (244:18-21) |
| 247:21-248:17 | | |
| 249:13-252:23 | | Lawyer was not testifying and this statement is not evidence (252:9-13) |
| 257:9-260:8 | | FRE 402, 403, Argumentative (258:5-259:24) FRE 402 (260:3-8) |
| 263:12-269:25 | | Lawyer was not testifying and this statement is not evidence (268:16- |

| | | 21) |
|---|---|---|
| 274:6-276:15 | | FRE 403, 703, 611, Argumentative Improper hypothetical (274:16-276:15) |