# **EXHIBIT F**

ADVANTA BANK CORP. v. ADVANTA CORP
Adv. Proc. No. 10-50795 (KJC)

*Advanta Corp Deposition Designations*

I. **Deposition of Clayton M. Sunderland, August 5, 2010**

8:9-18
9:11-10:1
12:22-13:20
15:1-17:10
17:17-21
18:12-19:17
20:11-21:9
22:16-23:8
24:16-25:4
27:4-18
27:25-28:13
30:14-31:6
32:2-19
35:4-39:8
40:1-41:17
44:8-16
48:18-49:25
50:16-51:4
51:20-59:4
59:15-62:21
63:9-19
64:2-8
65:2-12
66:11-68:10
73:1-74:7
75:14-21
77:2-78:11
89:3-90:20
93:8-94:8
94:23-95:12
95:20-96:6
97:22-103:5
104:7-15
115:18-116:7
117:7-16
119:3-25
121:9-122:8
124:9-125:22
127:10-128:24
129:7-11

129:21-130:11
131:20-132:24
134:19-135:23
136:23-137:22
138:3-139:1
141:13-142:8
145:3-12
145:20-146:4
146:13-20
147:10-148:1
148:23-150:15
150:22-152:16
153:17-154:24
155:20-156:6
156:23-157:6
157:19-158:9
158:25-160:2
162:1-164:2
164:6-10
164:14-166:16
166:25-167:15
178:3-6
178:22-183:21
185:21-188:23
189:11-17
189:21-190:14
190:24-191:19
193:7-195:15
213:3-8
213:13-25
214:23-10
220:14-25
230:7-12

C:\DOCUMENTS AND SETTINGS\NEWELLAR\MY DOCUMENTS\ADVANTA\EXHIBITS TO PRETRIAL MEMO\EXHIBIT F -ADVANTA CORP DEPO DESIGS.DOC

2