# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                                            :   Chapter 11
In re:                                                      :
                                                            :   Case No. 09-13931 (KJC)
ADVANTA CORP., et al.                                       :
                                                            :   (Jointly Administered)
                    Debtors.¹                               :
------------------------------------------------------------x
                                                            :
ADVANTA BANK CORP.                                          :   Adversary Proceeding
                                                            :   No.: 10-50795 (KJC)
                    Plaintiff,                              :
                                                            :
-against-                                                   :
                                                            :
ADVANTA CORP.                                               :
                                                            :
                    Defendant.                              :
------------------------------------------------------------x
```

## NOTICE OF *AMENDED*² AGENDA OF MATTERS SCHEDULED FOR EVIDENTIARY HEARING ON AUGUST 16-18, 2010 AT 10:00 A.M. (EDT)³

### I.  MATTERS GOING FORWARD IN EVIDENTIARY HEARING:

1.  Emergency Motion of Plaintiff Advanta Bank Corp. for Declaratory and Injunctive Relief in Connection with its Amended Complaint [Adv Proc. No. 10-50795; Adv. Docket No.

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are Advanta Corp. (2070), Advanta Investment Corp. (5627), Advanta Business Services Holding Corp. (4047), Advanta Business Services Corp. (3786), Advanta Shared Services Corp. (7074), Advanta Service Corp. (5625), Advanta Advertising Inc. (0186), Advantennis Corp. (2355), Advanta Mortgage Holding Company (5221), Advanta Auto Finance Corporation (6077), Advanta Mortgage Corp. USA (2654), Advanta Finance Corp. (8991), Great Expectations International Inc. (0440), Great Expectations Franchise Corp. (3326), Great Expectations Management Corp. (3328), Advanta Ventures Inc. (5127), BE Corp. (8960), ideablob Corp. (0726), and Advanta Credit Card Receivables Corp. (7955).

[2] **Amended items appear in bold.**

[3] The evidentiary hearing will be held on August 16-18, 2010 (the "Hearing") before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801. The Hearing will commence on each day at **10:00 a.m. (EDT)**. Any party who wishes to appear telephonically at the first day of the Hearing must contact Courtcall, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Friday, August 13, 2010, and 12:00 p.m. (noon) (EDT) on each day thereafter one business day before each subsequent Hearing date**, in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

9 - filed March 19, 2010]

Objections/Responses Received:

A. Objection to Motion of Plaintiff Advanta Bank Corp. for Declaratory and Injunctive Relief in Connection with its Amended Complaint [Adv. Proc. No. 10-50795; Adv. Docket No. 17 - filed April 30, 2010]

B. Joinder of the Official Committee of Unsecured Creditors in Advanta's Objection to the Motion of Advanta Bank Corp. for Declaratory and Injunctive Relief in Connection with its Amended Complaint [Adv. Proc. No. 10-50795; Adv. Docket No. 18 - filed April 30, 2010]

Related Documents:

i. Complaint [Adv. Proc. No. 10-50795; Adv. Docket No. 1 - filed March 14, 2010]

ii. Declaration of Kenneth Michael Goldman in Support of Complaint [Adv. Proc. No. 10-50795; Adv. Docket No. 6 - filed March 15, 2010]

iii. Amended Complaint [Adv. Proc. No. 10-50795; Adv. Docket No. 8 - filed March 19, 2010]

iv. Order Approving Stipulation [Adv. Proc. No. 10-50795; Adv. Docket No. 15 - entered April 6, 2010]

v. Declaration of Philip M. Browne in Support of Objection to Motion of Plaintiff Advanta Bank Corp. for Declaratory and Injunctive Relief in Connection with its Amended Complaint [Adv. Proc. No. 10-50795; Adv. Docket No. 20 - filed April 30, 2010]

vi. Reply of the Federal Deposit Insurance Corporation, as Receiver of Advanta Bank Corp., in Further Support of Motion for Declaratory and Injunctive Relief in Connection with its Amended Complaint [Adv. Proc. No. 10-50795; Adv. Docket No. 24 - filed May 14, 2010]

vii. Supplemental Scheduling Order [Adv. Proc. No. 10-50795; Adv. Docket No. 29 - entered May 17, 2010]

viii. Debtors' Position Paper in Adversary Proceeding [Adv. Proc. No. 10-50795; Adv. Docket No. 37 - filed June 3, 2010]

ix. Letter (Federal Deposit Insurance Corporation's Position Paper in Adversary Proceeding) [Adv. Proc. No. 10-50795; Adv. Docket No. 38 - filed June 3, 2010]

x. The Official Committee of Unsecured Creditors' Position Paper in Adversary Proceeding [Adv. Proc. No. 10-50795; Adv. Docket No. 39 - filed June 3, 2010]

xi. Order Authorizing the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding [Adv. Proc. No. 10-50795; Adv. Docket No. 44 - entered June 10, 2010]

xii. Expedited Discovery and Evidentiary Hearing Scheduling Order [Adv. Proc. No. 10-50795; Adv. Docket No. 54 - entered July 6, 2010]

xiii. Protective Order Governing the Production of Confidential Materials [Adv. Proc. No. 10-50795; Adv. Docket No. 61 - entered July 15, 2010]

xiv. Order Confirming Parties' Selection of Mediator Concerning Tax Election and Stay Disputes [Adv. Proc. No. 10-50795; Adv. Docket No. 70 - entered July 30, 2010]

xv. Amended Expedited Discovery and Evidentiary Hearing Scheduling Order [Adv. Proc. No. 10-50795; Adv. Docket No. 74 - entered August 5, 2010]

xvi. **Pre-Hearing Brief of the Federal Deposit Insurance Corporation, as Receiver of Advanta Bank Corp. [Adv. Proc. No. 10-50795; Adv. Docket No. 87 - filed August 13, 2010]**

xvii. **Pre-Hearing Brief of the Official Committee of Unsecured Creditors [Adv. Proc. No. 10-50795; Adv. Docket No. 89 - filed August 13, 2010]**

xviii. **Advanta's Joinder to the Pre-Trial Brief of the Official Committee of Unsecured Creditors [Adv. Proc. No. 10-50795; Adv. Docket No. 90 - filed August 13, 2010]**

xix. **Joint Pre-Evidentiary Hearing Memorandum [Adv. Proc. No. 10-50795; Adv. Docket No. 91 - filed August 13, 2010]**

Status: The evidentiary hearing on this matter will go forward.

2. Motion of the Federal Deposit Insurance Corporation, as Receiver of Advanta Bank Corp., Seeking a Declaration that the Automatic Stay Does Not Apply or, in the Alternative, an Order Granting Relief from the Automatic Stay [Adv. Proc. No. 10-50795; Adv. Docket No. 25 - filed May 14, 2010]

Objections/Responses Received:

A. Preliminary Joinder of the Official Committee of Unsecured Creditors in Advanta's Preliminary Objection to the Motion of Federal Deposit Insurance Corporation, as Receiver of Advanta Bank Corp., Seeking a Declaration that the

3

Automatic Stay Does Not Apply or, in the Alternative, an Order Granting Relief from the Automatic Stay [Adv. Proc. No. 10-50795; Adv. Docket No. 32 - filed May 28, 2010]

B. Preliminary Objection to Motion of the Federal Deposit Insurance Corporation, as Receiver of Advanta Bank Corp., Seeking a Declaration that the Automatic Stay Does Not Apply or, in the Alternative, an Order Granting Relief from the Automatic Stay [Adv. Proc. No. 10-50795; Adv. Docket No. 33 - filed May 28, 2010]

Related Documents:

i. Complaint [Adv. Proc. No. 10-50795; Adv. Docket No. 1 - filed March 14, 2010]

ii. Declaration of Kenneth Michael Goldman in Support of Complaint [Adv. Proc. No. 10-50795; Adv. Docket No. 6 - filed March 15, 2010]

iii. Amended Complaint [Adv. Proc. No. 10-50795; Adv. Docket No. 8 - filed March 19, 2010]

iv. Opening Brief in Support of Motion of the Federal Deposit Insurance Corporation, as Receiver of Advanta Bank Corp., Seeking a Declaration that the Automatic Stay Does Not Apply or, in the Alternative, an Order Granting Relief from the Automatic Stay [Adv. Proc. No. 10-50795; Adv. Docket No. 26 - filed May 14, 2010]

v. Notice of Filing of Exhibit 1 to Opening Brief in Support of Motion of the Federal Deposit Insurance Corporation, as Receiver of Advanta Bank Corp. Seeking a Declaration that the Automatic Stay Does Not Apply or, in the Alternative, an Order Granting Relief from the Automatic Stay [Adv. Proc. No. 10-50795; Adv. Docket No. 28 - filed May 16, 2010]

vi. Supplemental Scheduling Order [Adv. Proc. No. 10-50795; Adv. Docket No. 29 - entered May 17, 2010]

vii. Preliminary Reply of the Federal Deposit Insurance Corporation, as Receiver of Advanta Bank Corp., in Further Support of its Motion Seeking a Declaration that the Automatic Stay Does Not Apply or, in the Alternative, an Order Granting Relief from the Automatic Stay [Adv. Proc. No. 10-50795; Adv. Docket No. 36 - filed June 3, 2010]

viii. Debtors' Position Paper in Adversary Proceeding [Adv. Proc. No. 10-50795; Adv. Docket No. 37 - filed June 3, 2010]

ix. Letter (Federal Deposit Insurance Corporation's Position Paper in Adversary Proceeding) [Adv. Proc. No. 10-50795; Adv. Docket No. 38 - filed June 3, 2010]

x. The Official Committee of Unsecured Creditors' Position Paper in Adversary Proceeding [Adv. Proc. No. 10-50795; Adv. Docket No. 39 - filed June 3, 2010]

xi. Order Authorizing the Official Committee of Unsecured Creditors to Intervene in Adversary Proceeding [Adv. Proc. No. 10-50795; Adv. Docket No. 44 - entered June 10, 2010]

xii. Expedited Discovery and Evidentiary Hearing Scheduling Order [Adv. Proc. No. 10-50795; Adv. Docket No. 54 - entered July 6, 2010]

xiii. Protective Order Governing the Production of Confidential Materials [Adv. Proc. No. 10-50795; Adv. Docket No. 61 - entered July 15, 2010]

xiv. Order Confirming Parties' Selection of Mediator Concerning Tax Election and Stay Disputes [Adv. Proc. No. 10-50795; Adv. Docket No. 70 - entered July 30, 2010]

xv. Amended Expedited Discovery and Evidentiary Hearing Scheduling Order [Adv. Proc. No. 10-50795; Adv. Docket No. 74 - entered August 5, 2010]

xvi. **Pre-Hearing Brief of the Federal Deposit Insurance Corporation, as Receiver of Advanta Bank Corp. [Adv. Proc. No. 10-50795; Adv. Docket No. 87 - filed August 13, 2010]**

xvii. **Pre-Hearing Brief of the Official Committee of Unsecured Creditors [Adv. Proc. No. 10-50795; Adv. Docket No. 89 - filed August 13, 2010]**

xviii. **Advanta's Joinder to the Pre-Trial Brief of the Official Committee of Unsecured Creditors [Adv. Proc. No. 10-50795; Adv. Docket No. 90 - filed August 13, 2010]**

xix. **Joint Pre-Evidentiary Hearing Memorandum [Adv. Proc. No. 10-50795; Adv. Docket No. 91 - filed August 13, 2010]**

Status: The evidentiary hearing on this matter will go forward.

3. **Advanta Corp.'s Motion to Preclude, or in the Alternative, Compel Discovery from the FDIC [Adv. Proc. No. 10-50795; Adv. Docket No. 82 - filed August 13, 2010]**

   **(Proposed) Objection/Response Deadline:** At the hearing.

   **Objections/Responses Received:** None to date.

**Related Documents:**

i. **Memorandum of Law in Support of Defendant's Motion to Preclude, or in the Alternative, Compel Discovery from the FDIC (Filed Under Seal) [Adv. Proc. No. 10-50795; Adv. Docket No. 83 - filed August 13, 2010]**

ii. **Advanta Corp.'s Motion to Shorten the Notice and Objection Periods on Motion to Preclude, or in the Alternative, Compel Discovery from the FDIC [Adv. Proc. No. 10-50795; Adv. Docket No. 84 - filed August 13, 2010]**

**Status:** The hearing on this matter will go forward with the Court's permission.

4. **Advanta Corp.'s Motion *In Limine* to Preclude Certain Testimony of Michael I. Braverman [Adv. Proc. No. 10-50795; Adv. Docket No. 85 - filed August 13, 2010]**

   **(Proposed) Objection/Response Deadline:** At the hearing.

   **Objections/Responses Received:** None to date.

   **Related Documents:**

   i. **Advanta Corp.'s Emergency Motion for Expedited Hearing on Motion *In Limine* to Preclude Certain Testimony of Michael I. Braverman [Adv. Proc. No. 10-50795; Adv. Docket No. 86 - filed August 13, 2010]**

   ii. **Notice of Filing of Proposed Order [Adv. Proc. No. 10-50795; Adv. Docket No. 88 - filed August 13, 2010]**

   **Status:** The hearing on this matter will go forward with the Court's permission.

Dated: August 1**3**, 2010
Wilmington, Delaware

*/s/ Zachary I. Shapiro*
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Marcos A. Ramos (No. 4450)
Chun I. Jang (No. 4790)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

WEIL, GOTSHAL & MANGES LLP
Marcia L. Goldstein
Robert J. Lemons
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR ADVANTA CORP.